Samuel PAINTER,[1] Petitioner
Below, Appellant,

v.

Louise PAINTER, Respondent
Below, Appellee.

No. 580, 2016

Supreme Court of Delaware.

Submitted: July 28, 2017

Decided: September 7, 2017

Court Below—Family Court of the State of Delaware, in and for New Castle County, File No. CN14–092909, Petition No. 16–04765

ORDERED. AFFIRMED.

Timothy MARTIN, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee

No. 409, 2016

Supreme Court of Delaware.

September 7, 2017

Court BELOW: Superior Court of the State of Delaware, ID. No 1306002171 (N)

AFFIRMED.

In the MATTER OF a Member of the Bar of the Supreme Court of the State of Delaware: William J.P. MULGREW, III, Petitioner.

No. 363, 2017

Supreme Court of Delaware.

Submitted: September 7, 2017

Decided: September 8, 2017

Board Case No. 112506–B

Transferred.

Tyrone NORWOOD, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 194, 2017

Supreme Court of Delaware.

Submitted: June 16, 2017

Decided: September 11, 2017

Court Below–Superior Court of the State of Delaware, Cr. ID No. 0405006248 (N)

GRANTED. AFFIRMED.

1. The Court assigned pseudonyms to the parties under Supreme Court Rule 7(d).